**Order entered October 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00682-CV

**SUSAN ANN FISHER, Appellant**

**V.**

**MEDICAL CENTER OF PLANO, ET AL., Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01240-2016**

## ORDER

By order dated October 4, 2016, the Court ordered appellant to provide, by October 17, 2016, written verification that she has paid the fee for the clerk's record. We cautioned appellant that failure to provide the requested written verification by October 17, 2016 would result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 37.3(b). To date, we have not received the requested verification and the clerk's record has not been filed.

Instead, appellant has filed a "Motion for Extension of Time to Obtain Clerks' Records and File a Brief or Motion for the Court to Order the Transfer of Clerks' Records or Review Affidavit of Indigency for Free Appellate Record" and a supplement to that motion. In her motion, appellant again asks this Court to consider her indigency and she attached an updated affidavit of indigence to the supplement. She also repeats her request that this Court allow a

supplemental clerk's record filed for purposes of our review of the trial court's order sustaining the contests to her affidavit of indigence to serve as the clerk's record in this appeal. Appellant's motion as supplemented is not responsive to this Court's October 4, 2016 order. We **DENY** appellant's motion as supplemented.

On the Court's own motion, we **ORDER** appellant to provide, by **OCTOBER 31, 2016,** written verification that she has paid the fee for the clerk's record. *We caution appellant that no further extensions will be granted. Failure to provide written verification that she has paid the fee for the clerk's record by October 31, 2016 will result in dismissal of the appeal without further notice. See* TEX. R. APP. P. 37.3(b).

/s/     ELIZABETH LANG-MIERS
         JUSTICE